

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00187-CV

———————————————

JOHN P. CALLAWAY, Appellant

V.

BHHLOT LLC D/B/A BEEHIVE HOMES LEWISVILLE OLDTOWN AND
FLYING EAGLE IRA PORTFOLIO LLC, Appellees

---

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 20-10074-158

---

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion for Voluntary Dismissal of Appeal With Prejudice." We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 12, 2021